IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Criminal No. 95-79-002
**ELECTRONICALLY FILED**

ERIC L. CARTER

## MEMORANDUM ORDER RE: DEFENDANT'S PRO SE MOTION FOR RECONSIDERATION OF PROBATION VIOLATION SENTENCE

Presently before this Court is Defendant's *pro se* "Motion for Reconsideration of Probation Violation Sentence" in which Defendant moves this Court to "consider" entering an additional sentencing Order that sets forth that Defendant be placed at Renewal Inc., located in Pittsburgh, Pennsylvania, if any part of his sentence is served in a halfway house. Doc. No. 247.

In 1995, Defendant was sentenced by the Honorable Robert J. Cindrich to 60 months imprisonment at Count One and 92 months imprisonment at Counts Two and Four to be served concurrently. Doc. No. 106. Following his release from imprisonment in 2004, Defendant committed a serious robbery for which he was sentenced to 10 to 20 years imprisonment in the Allegheny County Court of Common Pleas. As a result of this charge, this Court revoked Defendant's supervised release and sentenced Defendant to 24 months imprisonment consecutive to his State Court sentence. Doc. No. 184.

As the Court has done previously, the Court declines to modify Defendant's supervised release violation sentence. See Doc. No. 245. The Court's sentence does not include provisions for confinement at a halfway house and the Court declines to make any recommendation in that regard.

AND NOW, this 5th day of December, 2013, IT IS HEREBY ORDERED THAT Defendant's pro se "Motion for Reconsideration of Probation Violation Sentence" (Doc. No. 245) is **DENIED**.

                                                s/ Arthur J. Schwab
                                                Arthur J. Schwab
                                                United States District Judge

cc:      All Registered ECF Counsel and Parties

           Eric Carter aka Lamont Booth GG-1009
           SCI Forest
           PO Box 945
           Marienville, PA 16239